JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHAI DO, | ) Case No. SACV 17-01555-JLS(JDEx) |
| Plaintiff, | ) ORDER STAYING ACTION PENDING FINAL |
| v. | ) SETTLEMENT, REMOVING CASE FROM ) ACTIVE CASELOAD, AND FILING OF ) DISMISSAL |
| CAPITAL ONE BANK USA, N.A., | ) |
| Defendant(s). | ) |

On April 30, 2018, a Mediation Report was filed (doc. 23), indicating that mediation did not take place because the case settled before the session occurred. Based thereon, the Court hereby orders all proceedings in the case stayed pending final settlement.

It is further ordered that this action is removed from the Court's active caseload, subject to the right upon good cause shown within thirty (30) days, to reopen the action if settlement is not consummated.

///

1    The parties shall file a Stipulation of Dismissal no later than
2 August 8, 2018. If no dismissal is filed, the Court deems the matter
3 dismissed at that time.
4    The Court retains full jurisdiction over this action and this
5 order shall not prejudice any party in the action.

7 IT IS SO ORDERED.

9 DATED: July 09, 2018

JOSEPHINE L. STATON
_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

2